CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 29 2007

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD A. JASPER, ) | |
|     Petitioner, ) | Civil Action No. 7:07-cv-00556 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CHIEF JUDGE W. C. FUGATE, ) | By: Hon. Glen E. Conrad |
|     Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action is **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which the court may grant relief. Petitioner's request for a writ of mandamus is **DENIED** and this case is hereby **STRICKEN** from the active docket of the court. Any pending motions are hereby **DENIED as MOOT**.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to Petitioner.

**ENTER**: This 29th of November, 2007.

/s/ Glen E. Conrad
United States District Judge